IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CASE NO. DNCW3:17CR195 |
| | ) | |
| MARK ISAAC COFFINO | ) | |

## ORDER

**THIS MATTER** comes before the Court upon a joint motion of the parties for an order directing the Clerk of Court to accept pre-payment of the fine and/or restitution in this matter. (Doc. No. 19). Based on information in the motion, the Court finds good cause to grant the requested relief.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall accept and deposit prepayment of the monetary penalties in this matter in any amount. Upon sentencing, the Clerk will distribute the funds in accordance with the terms of the judgment without further order of this Court.

**IT IS FURTHER ORDERED** that the government shall serve a copy of this Order upon the Clerk or the Financial Deputy Clerk.

Signed: December 13, 2017

_____
Robert J. Conrad, Jr.
United States District Judge