IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00195-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| MARK ISAAC COFFINO | ) |
| | ) |

**THIS MATTER** is before the Court on the defendant's motion to permit the filing of his sentencing memorandum under seal. (Doc. No. 23)

For the reasons stated in the motion, the Court finds the defendant has established a compelling interest to seal the sentencing memorandum and supporting documentation. In re Time, Inc., et al., 182 F.3d 270, 271-272 (4th Cir. 1999).

**IT IS, THEREFORE, ORDERED** that, pursuant to L. Cv. R. 6.1 and L. Cr. R. 32.5(d) and 49.1.1 the defendant's motion, (Doc. No. 23), is **GRANTED**, and the sentencing memorandum and supporting documentation may be filed under seal with access to only the defendant and the government pending further order of the Court.

Signed: May 3, 2018

_____
Robert J. Conrad, Jr.
United States District Judge